

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00263-CR

**TRENTON EUGENE SINYARD,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 40346CR

---

## REINSTATEMENT ORDER

---

This appeal was abated to the trial court on October 24, 2018 because no brief had been filed for appellant. Appellant's brief was received by the Court on November 2, 2018.

Accordingly, this appeal is reinstated. Appellant's brief is filed as of the date it was received. Appellant's motion for extension of time to file appellant's brief, also filed on November 2, 2018, is dismissed as moot.

The State's brief in this appeal is due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal reinstated
Motion dismissed
Order issued and filed November 14, 2018

